UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN Y. TANG,<br><br>　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>JIANJUN QIAO, et al.,<br><br>　　　　　　　Defendant(s). | 23-cv-8760 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 11, 2023, scheduled an initial pretrial conference for November 29, 2023, at 10:30 A.M. EST. *See* Dkt. No. 5. That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 22, 2023. No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required materials as soon as possible and no later than **November 29, 2023.**

It is further **ORDERED** that the initial pretrial conference is **ADJOURNED** to **December 6, 2023, at 2:30 P.M. EST.** The conference will be telephonic. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 595 462 630, followed by the pound sign (#).

SO ORDERED.

Dated: November 27, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge