# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN Y. TANG,<br><br>                *Plaintiff,*<br>v.<br>JIANJUN QIAO, *et al.*,<br>                *Defendants.* | Case No. 1:23-cv-08760-DEH<br><br>Hon. Dale E. Ho |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## FOR HSBC BANK USA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1(a), HSBC Bank USA, N.A., through undersigned counsel, makes the following disclosures:

Defendant HSBC Bank USA, N.A. is a wholly owned subsidiary of HSBC USA Inc., which is a wholly owned subsidiary of HSBC North America Holdings, Inc., which is indirectly owned by HSBC Holdings PLC, a United Kingdom public limited company. The shares of HSBC Holdings PLC are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

Dated: November 29, 2023        Respectfully submitted,

*/s/ Robert T. Smith*
Robert T. Smith
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Tel: (202) 625-3500
robert.smith1@katten.com

*Counsel for HSBC Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be filed on November 29, 2023, with the Clerk of the Court for the United States District Court for the Southern District of New York using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*/s/ Robert T. Smith*
Robert T. Smith

*Counsel for HSBC Bank USA, N.A.*
