# Katten

**1919 Pennsylvania Ave., NW.**
**Suite 800**
**Washington, DC  20006**
**+1.202.625.3500 tel**
**katten.com**

**ROBERT T. SMITH**
robert.smith1@katten.com
+1.202.625.3616 direct
+1.202.339.6059 fax

<u>VIA CM/ECF FILING</u>

November 29, 2023

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007
HoNYSDChambers@nysd.uscourts.gov

Re:   *Tang v. Qiao*, No. 1:23-cv-8760 (S.D.N.Y.): Consent Letter Motion to Adjourn Initial Pre-trial Conference and Stay Submission of Joint Letter and Proposed Case Management Plan and Scheduling Order

Dear Judge Ho:

Along with my colleagues at Katten Muchin Rosenman LLP, I represent HSBC Bank USA, N.A. and UBS Bank USA in the above-referenced matter. With the consent of all parties whose counsel have entered an appearance, I respectfully request that the Court adjourn the initial pre-trial conference, currently scheduled for December 6, 2023, at 2:30 p.m., and stay the filing of the joint letter and proposed case management plan and scheduling order currently contemplated by this Court's order dated November 27, 2023.

Upon conferring, all parties have expressed their intent to test the sufficiency of the various pleadings—namely, the first amended complaint and the counterclaims that a subset of the defendants have asserted against the plaintiff. All parties agree that, rather than setting deadlines for and beginning discovery, it would be a more efficient use of judicial and party resources to adjourn the initial pre-trial conference pending adjudication of the dispositive motions contemplated by the parties. Following the Court's resolution of those motions, it could then set a deadline for any remaining parties to confer and submit the letter and plan contemplated by its order dated November 27, 2023.

The parties have stipulated to the following proposed schedule for briefing the sufficiency of the pleadings:

| | |
|---|---|
| January 2, 2024: | Dispositive motions due; |
| March 1, 2024: | Responses in opposition due; and |
| April 1, 2024: | Replies in support of motions due. |

The parties jointly request that the Court so order the proposal outlined in this letter.

Respectfully submitted,

/s/ Robert T. Smith

Robert T. Smith

CC:   All counsel of record (via CM/ECF filing)

Application **GRANTED IN PART.**  The initial pretrial conference and requirement to submit a status letter are **ADJOURNED**, sine die.  Decision is reserved on the briefing schedule for the contemplated motions to dismiss.  By **December 6, 2023**, Plaintiff shall file a letter on ECF describing his efforts to provide notice of this lawsuit to the Defendants who have not yet appeared.  The parties are apprised that the Court is inclined to consolidate briefing of all motions to dismiss that may be filed.  So Ordered.

Dale E. Ho
United States District Judge
Dated: November 30, 2023
New York, New York