UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN Y. TANG, | |
| Plaintiff(s), | |
| v. | 23-CV-8760 (DEH) |
| JIANJUN QIAO, et al., | **ORDER** |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On October 5, 2023, Plaintiff filed a Complaint against fourteen named Defendants and one Jane Doe Defendant. *See* Dkt. No. 1. Six named Defendants—HSBC Bank USA, N.A., UBS Bank USA, U.S. Bank N.A., Geng & Associates P.C., Ting Geng, and Sylvia P. Tsai—have appeared. Five additional named Defendants—HSBC Canada, HSBC Hong Kong, HSBC Holdings PLC, UBS AG Singapore Branch, and UBS Group AG—are affiliated with two of the appearing Defendants, although counsel for HSBC Bank USA, N.A. states that they do not represent that entity's foreign affiliates. *See* Dkt. No. 64. The remaining three named Defendants—Jianjun Qiao, Yuxin Qiao, and Shilan Zhao—were served as of early January 2024. *See* Dkt. Nos. 72-74. Plaintiff states that it intends to identify and serve the remaining Defendant, Jane Doe, using information produced in discovery. *See* Dkt. No. 75. The Court previously adjourned the initial pretrial conference and all Defendants' deadlines to answer, move, or otherwise respond to the Complaint, so as to allow all Defendants to appear. *See* Dkt. Nos. 61, 67.

It is hereby **ORDERED** that the parties shall meet and confer regarding a proposed briefing schedule regarding any contemplated motions to dismiss. Counsel for parties who have appeared shall, to the extent practicable, include any parties who have not yet appeared in these

discussions, including any parties that have been served but have not appeared and any parties affiliated with those who have appeared. The parties shall file a joint status letter by **February 2, 2024,** offering a joint proposal for such briefing or, to the extent the parties are unable to agree, individual proposals with respect to a briefing schedule for any such motions.

    SO ORDERED.

Dated: January 9, 2024
       New York, New York

                                      DALE E. HO
                              United States District Judge