UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN Y. TANG, | |
| Plaintiff(s), | |
| v. | 23-CV-8760 (DEH) |
| JIANJUN QIAO, et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On January 17, 2024, Chambers received a telephone call from Defendant Shilan Zhao regarding her deadline to answer, move, or otherwise respond to the Complaint. In the interest of clarity, the deadline for all Defendants to answer, move, or otherwise respond to the Complaint is adjourned, *sine die*, pending further order of the Court following receipt of the parties' next joint status letter. See Dkt. Nos. 67, 76.

SO ORDERED.

Dated: January 17, 2024
New York, New York

_____
DALE E. HO
United States District Judge