# TANG PC
## ATTORNEYS AT LAW

**NEW JERSEY**
655 Summit Avenue
Hackensack, NJ 07601
(201) 676-0757

**NEW YORK**
1702 Flushing Avenue
Ridgewood, NY 11385
(212) 363-0188

**JOHN Y. TANG, ESQ.**
Tel: (201) 676-0757
Fax: (212) 981-4869
john.tang@gettang.com
MEMBERS OF NJ & NY BAR

**VIA CM/ECF FILING**

October 21, 2025

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007
HoNYSDChambers@nysd.uscourts.gov

**Re:** Tang v. Qiao, et al. No. 1:23-cv-8760
Plaintiff's Request to Dismiss the Remaining Claims against All Defendants Pursuant to Fed. R. Civ. P. 41(a)(2)

Your Honor:

Our office represents Plaintiff in the above-captioned action. Plaintiff respectfully files this letter motion to request that the Court adjourn the initial conference scheduled on October 29, 2025 and dismiss the remaining claims against all Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff will continue the litigation in the related state action.

Thank you very much.

Very truly yours,

1

John Y. Tang
JYT/el
Encl.:
Cc: All counsel of record (via CM/ECF filing)

The Court has reviewed the parties' submissions and **GRANTS** dismissal against all Defendants without prejudice. The motion for entry of judgment under Rule 54(b), ECF No. 149, is **DENIED** as moot. The initial pretrial conference scheduled for October 29, 2025 at 11 A.M., and all other conferences and deadlines in this matter, are **ADJOURNED**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 149 and 150, and to close this case.

SO ORDERED.

Dated: October 28, 2025
New York, New York

Dale E. Ho
United States District Judge