UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tang,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Qiao et al.,<br><br>                    Defendant(s). | 23-CV-8760 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On Octboer 31, 2025 the Defendants HSBC Bank USA, N.A., HSBC Bank Canada, the Hongkong and Shanghai Banking Corporation Limited, HSBC Holdings PLC, UBS Bank USA, UBS AG Singapore Branch, and UBS Group AG (collectively "HSBC and UBS Defendants") moved for reconsideration of this Court's order, ECF No. 154, dismissing all defendants in this matter without prejudice.  ECF No. 155.  HSBC and UBS Defendants urge the Court to dismiss them from the matter with prejudice.

Plaintiff shall file its response, not to exceed 4 pages, by **November 17, 2025**.  HSBC and UBS Defendants shall file a reply, not to exceed 2 pages, by **November 24, 2025**.

SO ORDERED.

Dated: November 3, 2025
       New York, New York

_____
DALE E. HO
United States District Judge