UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tang, | |
| Plaintiff(s), | |
| v. | |
| Qiao, | |
| Defendant(s). | |

23-CV-8760 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties are directed to appear for a conference on **April 16, 2026** at **4 P.M.**  The

conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-

4442 and entering the Phone Conference ID: 733 538 528, followed by the pound (#) sign.

SO ORDERED.

Dated:  April 16, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge