UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tang,

Plaintiff(s),

v.

23-CV-8760 (DEH)

Qiao et al.,

ORDER

Defendant(s).

DALE E. HO, United States District Judge:

The Court issues this Order to correct a typographical error in, and to clarify, its prior order, ECF No. 161.  The conference will be held on **April 17, 2026** at **4 P.M.**  The Court intends to address the Motion for Reconsideration, ECF No. 155, filed by the HSBC and UBS entities (the "Bank Defendants").  Plaintiffs and Bank Defendants are directed to appear; all other parties may waive appearance.  All other aspects of the prior order, ECF No. 161, remain operative.

SO ORDERED.

Dated:  April 17, 2026
        New York, New York

DALE E. HO
United States District Judge