UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tang, | |
| Plaintiff(s), | |
| v. | |
| Qiao et al., | |
| Defendant(s). | |

23-CV-8760 (DEH)

ORDER

DALE E. HO, United States District Judge:

The April 17, 2026 conference was canceled due to a scheduling conflict with one of the parties. The conference will be held on **April 21, 2026** at **1 P.M**. The Court intends to address the Motion for Reconsideration, ECF No. 155, filed by the HSBC and UBS entities (the "Bank Defendants"). Plaintiffs and Bank Defendants are directed to appear; all other parties may waive appearance. All other aspects of the Court's prior order, ECF No. 161, remain operative

SO ORDERED.

Dated: April 20, 2026
New York, New York

_____
DALE E. HO
United States District Judge