UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tang,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br> Qiao et al.,<br><br>                              Defendant(s). | 23-CV-8760 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

A conference was held in this matter on April 21, 2026.  For reasons stated on the record, the Court granted a motion for reconsideration filed by Defendants HSBC, UBS, and U.S. Bank ("Bank Defendants"), and ordered that Plaintiff's claims against the Bank Defendants shall be dismissed with prejudice.  Plaintiff and the Bank Defendants shall meet and confer with respect to the form of an order to be issued by this Court and shall file a proposed order with the Court by **April 22, 2026** at **2 P.M.**

SO ORDERED.

Dated:  April 21, 2026
        New York, New York

_____
         DALE E. HO
   United States District Judge