IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN Y. TANG,

        *Plaintiff,*

    v.

JIANJUN QIAO, SHILAN ZHAO, YUXIN QIAO, HSBC BANK USA, N.A., HSBC CANADA, HSBC HONG KONG, HSBC HOLDINGS PLC, UBS BANK USA, UBS AG SINGAPORE BRANCH, UBS GROUP AG, U.S. BANK, N.A., GENG & ASSOCIATES P.C., TING GENG, SYLVIA P. TSAI AND JANE DOE,

        *Defendants.*

Case No. 1:23-cv-8760

Hon. Dale E. Ho

**ORDER OF DISMISSAL**

The Court dismisses this action as follows:

1.    All claims against Defendants HSBC Bank USA, N.A., HSBC Canada (now Royal Bank of Canada), HSBC Hong Kong, HSBC Holdings PLC, UBS Bank USA, UBS AG Singapore Branch, UBS Group AG, and U.S. Bank National Association (named U.S. Bank, N.A.) be and are DISMISSED WITH PREJUDICE, consistent with the Court's orders dated September 23, 2024 [Dkt. No. 133]; September 29, 2025 [Dkt. No. 147], and April 21, 2026 [Dkt. No. 164]; and

2.    All claims against Defendants Jianjun Qiao, Shilan Zhao, Yuxin Qiao, Geng & Associates P.C., Ting Geng, Sylvia P. Tsai, and Jane Doe be and are DISMISSED WITHOUT PREJUDICE, consistent with the Court's orders dated September 23, 2024 [Dkt No. 133], and September 29, 2024 [Dkt. No. 147], and the Plaintiff's notice of voluntary dismissal as to those claims, *see* Dkt. No. 154, *reconsideration granted in part by* Dkt. No. 164.

The Clerk of Court is respectfully directed to terminate all gavels and close this case.

SO ORDERED

Dated:  April 22, 2026
        New York, New York

_____
Dale E. Ho
United States District Judge